**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-10579

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

BLAKE K. SCREEN,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cr-00026-LGW-BWC-53

————————————

Before ROSENBAUM, GRANT, and KIDD, Circuit Judges.

PER CURIAM:

Steven Blackerby, appointed counsel for Blake Screen in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S.

2                          Opinion of the Court                    25-10579

738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Screen's convictions and sentence are **AFFIRMED**.